IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) | CASE NO. 1:11 CV 788 |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | WILLIAM H. BAUGHMAN, JR. |
| | ) | |
| TRAVELRODS LTD., *et al.*, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| Defendants. | | |

In this action, the plaintiff and defendant Vladimir M. Rus have consented to magistrate judge's jurisdiction.[1]

Defendant Travelrods Ltd. has defaulted.  Notice of default as to Travelrods has now issued.  To conclude the case as to Travelrods, plaintiff National Credit Union Administration Board has filed a motion for default judgment.[2]  On August 29, 2011, the Court held a hearing on the motion for default judgment as to Travelrods.[3]

---

[1] ECF # 19.

[2] ECF # 11.  By non-document orders filed on 7/8/2011, Judge Gaughan granted defendant Vladimir M. Rus's motion to file answer and denied plaintiff's motion to strike and memorandum in opposition to Rus's motion to file answer and answer  (ECF # 15), thus eliminating defendant Rus from the default judgment motion.

[3] ECF # 24.

On consideration whereof, I hereby recommend that the pending motion for default judgment against Travelrods be granted and that the Court enter judgment on the Board's motion in the form set forth in Attachment A.[4]

With the entry of this judgment, the Magistrate Judge will exercise consent jurisdiction over the remaining claims and party.

Dated:   September 6, 2011                    s/ William H. Baughman, Jr.
                                              United States Magistrate Judge


### Objections

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.[5]

---

[4] ECF # 26.

[5] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).