**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **National Credit Union** | ) | **CASE NO. 1:11 CV 788** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Travelrods LTD., et al.,** | ) | **Order** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Baughman, Jr. (Doc. 27).  No objections have been filed.  The Court hereby accepts the Report and Recommendation and enters default judgment against defendant Travelrods only as set forth in the accompanying Judgment Entry Granting Plaintiff's Motion for Default Judgment.  This case shall be returned to Magistrate Judge Baughman, Jr. for all further proceedings pursuant to the parties' previous consent to his jurisdiction.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/27/11